# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00603-CV

**Robert Norton, Appellant**

**v.**

**Cam Tu Phan, Appellee**

### FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 20-1075-C368, THE HONORABLE RICK J. KENNON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On November 24, 2021, appellant Robert Norton filed a notice of appeal from the trial court's November 19, 2021 order granting a temporary injunction. The Court has been notified by supplemental clerk's record that the trial court signed a "Final Judgment and Permanent Injunction" on December 17, 2021. Accordingly, appellant's accelerated appeal from the trial court's interlocutory order granting a temporary injunction is now moot. *See Isuani v. Manske-Sheffield Radiology Group, P.A.*, 802 S.W.2d 235, 236 (Tex. 1991) ("If, while on the appeal of the granting or denying of the temporary injunction, the trial court renders final judgment, the case on appeal becomes moot."). We are required to set aside all previous orders pertaining to the temporary injunction and dismiss the appeal from the temporary injunction after it has been rendered moot by a final judgment "to prevent premature review of the merits of the case." *Id.*

After an initial review, the Clerk of this Court sent appellant a letter informing him that the Court appears to lack jurisdiction over the appeal for the reasons stated above and requesting a response informing us of any basis that exists for jurisdiction. To date, no response has been filed. Accordingly, we set aside our previous order staying the temporary injunction, and we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed for Want of Jurisdiction

Filed: January 26, 2022